**JASON K. SINGLETON, SB# 166170**
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
 FAX 441-1533
lawgroup@sbcglobal.net

Attorney for Plaintiff, JAMES COLLINS

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLLINS, ) | CASE NO. CIV.F-03-6853 OWW  LJO |
| ) | |
| Plaintiff(s), ) | STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |
| v. ) | |
| ) | |
| ERICK SCHAT dba ERICK SCHAT'S BAKKERY, and DOES ONE to FIFTY, inclusive, ) ) ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| _____ ) | |

Plaintiff and Defendants  (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear his or its own attorney fees and costs.

///

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

SINGLETON LAW GROUP

Dated: May 10, 2005  _____
Jason K. Singleton, Attorney for Plaintiff,
JAMES COLLINS


Dated: May 10, 2005   /s/ ERICK SCHAT
ERICK SCHAT, Defendant In Pro Per


ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>COLLINS vs SCHAT</u>, *et al.*, Case Number CIV.F-03-6853 OWW LJO, is dismissed with prejudice with each party to bear his or its own attorney's fees and costs.

5/24/05                    /s/ OLIVER W. WANGER

Dated: _____    _____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE